

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00128-CR

**ROY WAYNE GLENN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2016-1796-C1

## O R D E R

An *Anders* brief was filed by appellant's counsel on April 10, 2018.  For the following reasons, the brief is stricken.

First, the brief contains the name of the minor victim which is considered sensitive data and must be redacted.  *See* TEX. R. APP. P. 9.10.

Second, the brief does not provide the Court with an adequate basis to determine that counsel has complied with the procedures when filing an *Anders* brief or has

provided the necessary information for the Court to determine that counsel has properly informed appellant of the right to review the appellate record, the right to file a response should appellant desire to do so, and the right to pursue a petition for discretionary review. *See Meza v. State*, 206 S.W.3d 684, 689 n. 23 (Tex. Crim. App. 2006) (listing counsel's educational burdens).

Third, the required motion to withdraw was not filed with the brief. *See In re Schulman*, 252 S.W.3d 403, 410 (Tex. Crim. App. 2008).

Counsel is advised to read the following cases and orders: *Wilson v. State*, 955 S.W.2d 693, 697 (Tex. App.—Waco 1997, order); *Sowels v. State*, 45 S.W.3d 690, 693 (Tex. App. —Waco 2001, no pet.), *overruled in part on other grounds*, *Meza v. State*, 206 S.W.3d 684, 689 (Tex. Crim. App. 2006); and *Stanley v. State*, 523 S.W.3d 122 (Tex. App.—Waco 2015, order). This list of cases is not everything counsel will need to know to determine what is required or not required to do when filing an *Anders* brief in this Court, but it will provide the fundamentals and will be a guide to further research as needed.

Accordingly, appellant's brief is stricken. Counsel is ordered to file a new brief without sensitive data, file a motion to withdraw, and provide proof to the Court that counsel has complied with the *Anders* procedures set out in the cases above within 14 days from the date of this order.

The failure of counsel to file a new brief in compliance with this order may result in the Court abating this proceeding to the trial court pursuant to Rule 38.8 of the Texas

Rules of Appellate Procedure.  TEX. R. APP. P. 38.8(b).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Brief stricken
Order issued and filed April 18, 2018

